# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2005-OPT3, ASSET-BACKED CERTIFICATES, SERIES 2005-OPT3, | § § § § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 4:16CV207-ALM-KPJ |
| BILLY D. MULLENNIX, CHRISTOPHER LEE MARTIN, DANIEL RAY MARTIN, AND THE UNKNOWN HEIRS AT LAW OF TAMMY MULLENNIX, DECEASED | § § § § § § § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 31, 2017, the report of the Magistrate Judge (Dkt. #41) was entered containing proposed findings of fact and recommendations that Deutsche Bank National Trust Company, as trustee for Soundview Home Loan Trust 2005-OPT3, Asset-backed Certificates, Series 2005-OPT3's ("Plaintiff") Motion for Entry of Final Judgment (Dkt. #38) and Unopposed Motion for Entry of Statement of the Evidence (Dkt. #40) should be **GRANTED** and that final default judgment be entered for Plaintiffs.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the

1

Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Therefore, Plaintiff's Motion for Entry of Final Judgment (Dkt. #38) and Unopposed Motion for Entry of Statement of the Evidence (Dkt. #40) are **GRANTED**, and a final judgment shall be entered in favor of Plaintiff and against Defendants.

    **It is SO ORDERED.**

    **SIGNED this 20th day of September, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE